# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## Case No. ___13-62645-CV-SCOLA/WHITE___

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.

DEC 0 5 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Civil Case Number: _____
13-62645-CV-SCOLA/WHITE

Mr. Matthew Irvin
_____
(Write the full name of the plaintiff)

vs.

1) Armor Correctional Health Inc And   3) Main Jail
P.O Box 9356                              Facility
Ft. Lauderdale, Fl 33310                P.O Box 9356
                                         Ft. Lauderdale, Fl 33310
2) State of Florida
    1515 North Flagler Dr. Ninth Floor West Palm Beach, Fl 33401
_____
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

 cat / div 1983/550 /FTL
Case # _____
Judge _____ Mag. PMW
Motn Ifp yes Fee pd $ 0
Receipt # _____

**I. Party Information**

A. Plaintiff: Matthew Irvin

Address: 555 SE 1st Ave Ft. Lauderdale, Fl 33301- 9356

Inmate/Prison No.: 501 202394

*Year* of Birth: 1989    (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Armor Correctional    Defendant: Main Jail Facility
Health Inc

Official Position: Medical Staff    Official Position: Supervising Authority
→ Main Jail Facility
Place of Employment: P.O Box 9356    Place of Employment: P.O Box 9356
Ft. Lauderdale, Fl 33310              Ft. Lauderdale, Fl 33310

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

# Additional Defendants

Defendant:
① State of Florida

Official
Position:

Place of
Employment: 1515 North Flagler Dr. (Ninth Floor)
West Palm Beach, Fl
33401

② Armor Correctional Services
Address: ~~Addr~~
P.O Box 9356
Ft. Lauderdale, Fl 33310
~~Broward County~~
~~Main Jail Facility~~

③ Main Jail Facility
P.O Box 9356
Ft. Lauderdale, Fl 33310

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not idude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

To begin with,

April 1, 2012 , I, plaintiff Matthew Irvin were arrested by Deputy Norris McCool of ~~the Broward~~ Defedent, Broward Sheriffs office. Whom well beyond booking methods, processed and transported me to Broward County Main Jail Bureau located address 555 SE 1st Ave Fort Lauderdale, Fl 33301-2917. Generally a correctional institution monitored Medically by the Armor Correctional Health Inc. The subject joint-defedant whose actions, along the inducated location about, violated my eighth amendmets

★ Continued on additional sheet ★

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Briefly in slete of Relief I'd honor Respectfully the receival of subscribed Diabetic, Cancer and medical ~~~~ treetmet, which Im obliged Relief under the under states eighth amednt ad Due process clause. ~~Also~~ ~~Grant~~ In addition to granted access of renuing to An west Palm Beach facility, filing pro bono suit of medical neghgewce, medical Malpractice against Defedant Armor Correctional Health Inc. As well as Reimbursements of the reasoneble costs and fees associated with Review Processing Investigation and prosecution,

Statement of Claim
pg. 2

UNDER U.S.C.A CONST. Amed. 8 :350 HK1532K, citing INJURY RESULTING beyond de MINIMIS, wanton infliction of pain and forbiding the imposition of cruel and UNUSUAL punishment. As well as under 92 constitutional law 92 K1438K, first Amendment Rights to freedom of speech and petitioning the government for a redress of grievance on behalf of punished, for complaining of imprisonment conditions U.S.C.A Const. Amed. 1 78 civil Rights, 78,1395 (7) Retaliation claim. ~~~~~~~ As pursuit to: 18 ALR, Fed. 7 conditions Relating to corporal punishment, punitive segregation or similar physical Disciplinary measure, 28 ALR, Fed. 279 Denial of Medical Care, 88 ALR, Fed. 7 construction and application of Federal tort claims act Provision excepting from coverage arising out of assault and battery. 93 ALR, Fed. 70b, Validity, construction, application and effect of civil Rights of Institutionalized persons act, 42 U.S.CA, 51 ALR 3rd 111, comment note- prison conditions as amounting to cruel and UNUSUAL punishment, as well as Am. Jur. 2d Penal and Correctional Institutions §128 Medical care and corroboration to INItiAte Medical Negligence Litigations FL Jur. 2d Medical Malpractice §60.

However, ~~parts~~ CONSISTING ~~in~~ factual matters, 1, plaintiff Matthew IRVIN one diagnosed with stage 1 Diabetic, cancer and ✱✱✱ but were Denied, by Defendant Armor Correctional Health Inc, Medical treatment, (Violating my eight Amendment Rights, under 42 U.S.C.A §1983, 28 ALR, Fed. 279 Denial of Medical care, 51 ALR 3rd 111, comment note-- prison conditions as amounting to cruel and UNUSUAL punishment.) Which began after submittal of various Medical Requests (which I posses copy of All) ~~indicating~~: 5-27-12 complaining of cardiac issues, 5-30-12, (all dated and signed by Medical staff of Defendant Armor Correctional Health Inc) Requesting Diabetic treatment, 6-29-12 Requesting Dental treatment

and 8-3-12 Consectig Health Service agreement agree presented by Defendant Armor Correctional Health Inc, agreeing to the $0.00 submission fee of each medical request. 8-8-12 I submitted a medical request for prescribed anti-biotics, 9-20-12 Medical Examiners of defendant Armor Correctional Health Inc reviewed my cardiac and Pulse Rate (Blood Pressure) which were extreme critical as Medical Charts verifies. 1-20-13 after given physical by Medical examiners of defendant Armor Correctional Health Inc resulting in a 45lbs massive weight loss, I, plaintiff Matthew Irvin submitted medical request, inquiring to even purchase (Diabet, Cancer and medical treatment and but were denied. Violating my eight amendment Rights under U.S.C.A Const.Amend. 8 and 42 U.S.C §1983 providing cause of action against any person acting under color of state law depriving of any Rights secured by the constitution. 2-2-13 and 2-10-13, I request, through submittal of medical request Medical treatment and were denied again under due process of my eight amendment Rights and Retaliation issues of complaining, Redressing corport conditions under Prison litigation Reform act of 1995. 4-8-13, I, plaintiff Matthew Irvin request medical clearance for treatment of dry skin, 5-16-2013, prior to the denial of grievance access by Joint Defendant Broward Sheriffs office, in violation of my first Amendment Right to freedom of speech and to petition the government for a Redress of grievance after due to the fact I were punished in Retaliation, for complaining of Imprisonment conditions U.S.C.A Const.Amend 1, 78 civil Rights, 78.1395(c) Retaliation claim.

I, Plaintiff Matthew Irvin contacted the Broward Sheriffs office Department of Detention JM Budshein Cills Response, (Complant No:9905 as signed copy I posses states) the and Inmate handbook before punished and given a Disciplinary Report signed by Defendant Sergeant Corbett #

Pg. 3

12445 of the Broward County Sheriffs office Dated
5-23-13. Pursuant to contacting the Broward
Sheriffs OM Budsman line, after the denial of
grievance access as according to part II Investigation
of the Disciplinary Report. Which against violated
my civil Rights, in reference the Inmate Handbook
Presented by Defendant Broward Sheriffs offices, section
1 Inmate Requests and Grievances line 7 "Sickes:" the
OM Budsman line is available only after request and
grievance process have been exhausted and should
not be, used to Report phone block Issues". Hypothetically,
NEVER at once Indicating of disciplining measures
for contacting Remedies, violating my constitutionally
under 42 U.S.C §1983 which Provides cause of action
against any person acting under Color of state law
for deprivations of any Right secured by the Constitution.
Follow Furthermore, foregoing I: 5-20-13, submitted
medical request concerning the denial of Medical
treatment as well as 6-5-13, 6-10-13, 7-13-13 and
9-2-13. Moreover an very cruel act as violation
of 93 ALR, FED 706 Validity construction, Application and
effect of Civil Rights of Institutionalized persons act,
18 ALR, Fed.7 conditions Relating to corporal punishment,
28 ALR, Fed. 229 Denial of Medical Care, 51 ALR, Fed 229
3rd 111 comment Note-prison conditions and Amounting
to cruel and unusual punishment, Am. Jur. 2d Penal
and correctional Institutions §128 Medical Care and under
42 U.S.C §1983 providing cause of action against
any persons acting under color of state law Deprived
any persons of any Right secured by the Constitution.
In conclusion I were truly, following Defendant
Armor Correctional Health Inc still has to todays
date of 10/8/13 Denied to provide me Either
(Diabetic, Cancer or H*i.) medical treatment referencing
Retaliation issues under Prison litigation Reform act
of 1995.

Basically credit amounts plus a penalty in amount double the credit amount incurred during process. Also Relief under federal Civil Rights Acts to state Prisoners complaining of Denial of Medical Care, 28 ALR. Fed. 279

**IV. Jury Demand**

Are you demanding a jury trial?     ✓ Yes     ___ No

Clearly a suit for Medical Negligence / Malpractice

Signed this ____7____ day of __10_____, 20_13_

_____
                                         Signature of Plaintiff


I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __10/7/13_____

_____
                                         Signature of Plaintiff

\# 501202394

Mr. Matthew Irvin
555 SE 1st Ave   **Main Jail Facility**
Fort Lauderdale, Fl 33301   PO Box 9356
                            Ft. 33310
Broward County Main Jail
Bureau
703-6-1

**USMS
INSPECTED     F**